

# THE THIRTEENTH COURT OF APPEALS

## 13-21-00310-CV

Kenneth Hahn
v.
ConocoPhillips Company

On Appeal from the
267th District Court of DeWitt County, Texas
Trial Court Cause No. 15-03-23,343

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be reversed and rendered in part and remanded in part. The Court orders the judgment of the trial court REVERSED AND RENDERED IN PART and REMANDED IN PART in accordance with its opinion. Costs of the appeal are adjudged against appellee.

We further order this decision certified below for observance.

December 1, 2022